THE STATE OF OHIO, APPELLANT, *v*. TUTTLE, APPELLEE.

[Cite as *State v. Tuttle*, 104 Ohio St.3d 242, 2004-Ohio-6392.]

(No. 2003–0573—Submitted November 30, 2004—Decided December 8, 2004.)

———

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Thompson*, 102 Ohio St.3d 287, 2004-Ohio-2946, 809 N.E.2d 1134, and the cause is remanded to the court of appeals for consideration of appellant's

remaining assignments of error and further action not inconsistent with *State v. Thompson.*

MOYER, C.J., RESNICK, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

F.E. SWEENEY and PFEIFER, JJ., dissent.

---

William D. Mason, Cuyahoga County Prosecuting Attorney, and Jon W. Oebker, Assistant Prosecuting Attorney, for appellant.

Richard Agopian, for appellee.